## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on February 14, 2022

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **GRAND JURY ORIGINAL** |
| **LACHE BREANNA CUFFEY,** | : | **VIOLATIONS:** |
| also known as "Lache Cuffy," | : | 18 U.S.C. § 1201(a)(1) |
| | : | (Kidnapping) |
| Defendant. | : | 18 U.S.C. § 2119(1) |
| | : | (Carjacking) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about November 29, 2021, within the District of Columbia and elsewhere, **LACHE BREANNA CUFFEY**, also known as "Lache Cuffy," did unlawfully and willfully seize, confine, kidnap, abduct, inveigle, carry away and hold A.S., for the purpose of procuring property from A.S., and, in committing or in furtherance of the commission of the offense, A.S. was willfully transported and traveled in interstate commerce from the District of Columbia to Alexandria, Virginia.

(**Kidnapping**, in violation of Title 18, United States Code, Section 1201(a)(1))

### COUNT TWO

On or about November 29, 2021, within the District of Columbia, **LACHE BREANNA CUFFEY**, also known as "Lache Cuffy," assisted in the taking of a motor vehicle, to wit, a 2012 Mercedes-Benz C300 bearing DC tag #GL0239, that had been transported, shipped, and received

in interstate commerce in the presence of I.C.-M. by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

(**Carjacking**, in violation of Title 18, United States Code, Section 2119(1))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves*
Attorney of the United States in
and for the District of Columbia.

2