AO 442 (Rev. 11/11) Arrest Warrant

8956749

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM4:37
RECEIVED MAY 2 '22

United States of America
v.

LACHE BREANNA CUFFEY,
also known as "Lache Cuffy,"

*Defendant*

Case: 1:22-cr-00151
Assigned to: Judge Lamberth, Royce C.
Assign Date: 5/2/2022
Description: INDICTMENT (B)
Related Case No: 21-cr-00715 (RCL)

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Lache Breanna Cuffey ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1201(a)(1) (Kidnapping)
18 U.S.C. § 2119(1) (Carjacking)

Robin M. Meriweather
2022.05.02 15:41:26
-04'00'

Date:  05/02/2022

*Issuing officer's signature*

City and state:  Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/2/2022, and the person was arrested on *(date)* 5/23/2022
at *(city and state)*  Washington, DC .

Date: 5/23/2022

*Arresting officer's signature*

Justin Trotman, DUSM
*Printed name and title*